IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| REAGAN NATIONAL ADVERTISING OF AUSTIN INC, | § § | |
| Plaintiff, | § § | |
| v. | § | CIVIL ACTION NO. 1:17-cv-00673-RP |
| | § | |
| CITY OF AUSTIN | § | |
| Defendant. | | |

## DEFENDANT'S PRE-TRIAL ORDER

TO THE HONORABLE ROBERT PITMAN, UNITED STATES DISTRICT JUDGE:

Defendant City of Austin files these pre-trial documents pursuant to Local Rule CV-16(e) and the scheduling order in this case:

I. Joint Stipulation of Facts

II. Defendants' Exhibit List

III. Witness List

IV. Defendants' proposed findings of fact and conclusions of law have been e-filed separately.

V. Estimated Length of Trial

**I.  Joint Stipulation of Facts**

The parties have e-filed a separate joint stipulation of facts and evidence.

## II. Defendants' Exhibit List

A. <u>Expected Exhibits</u>

| NO. | DESCRIPTION | OFFERED (Y/N) | OBJECTION (Y/N) | ADMITTED (Y/N) |
|---|---|---|---|---|
| D-1. | Defendant may introduce any exhibit contained in the parties' joint table of evidence (Doc. 23) | | | |
| D-2. | City of Austin Ordinance No. 20170817-071 (COA0152-COA0168) | | | |
| D-3. | Chapter 25-10 Sign Regulations (COA0119-COA0151) | | | |
| D-4. | COA Legislative Findings for Chapter 25-10 | | | |

## III. Defendant's Witness List

The witnesses listed below have previously been identified to all parties.

A. May call:

- J. Rodney Gonzales, Director of Development Services Dept., City of Austin

- Andrew J. Linseisen, Assistant Director of Development Services Dept., City of Austin

- Christopher Johnson, Division Manager, Development Services Dept., City of Austin

- Defendant may call any and all witnesses identified by Plaintiff and Intervenor.

## IV. Defendant's Proposed Findings of Fact and Conclusions of Law have been e-filed separately.

## V. Estimated Length of Trial

Defendant estimates that the trial of this case will require one day.

RESPECTFULLY SUBMITTED,

ANNE L. MORGAN, CITY ATTORNEY
MEGHAN L. RILEY, LITIGATION DIVISION CHIEF

/s/   H. Gray Laird III
H. GRAY LAIRD III
State Bar No. 24087054
City of Austin
P. O. Box 1546
Austin, Texas  78767-1546
gray.laird@austintexas.gov
Telephone (512) 974-1342
Facsimile (512) 974-1311

**ATTORNEYS FOR DEFENDANT**

# CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing on all parties or their attorneys of record, in compliance with the Federal Rules of Civil Procedure, this the 5th day of June, 2018.

**Via CM/ECF to:**
B. Russell Horton
State Bar No. 10014450
rhorton@gbkh.com
Taline Manassian
State Bar No. 24007596
tmanassian@gbkh.com
GEORGE BROTHERS KINCAID & HORTON, L.L.P.
114 West 7th Street, Suite 1100
Austin, Texas 78701
Telephone: (512) 495-1400
Facsimile: (512) 499-0094

**ATTORNEYS FOR PLAINTIFF**

J. Allen Smith
State Bar No. 18616900
asmith@settlepou.com
Bradley E. McLain
State Bar No. 24041453
bmclain@settlepou.com
SETTLEPOU
3333 Lee Parkway, Eighth Floor
Dallas, Texas 75219
Telephone: (214) 520-3300
Facsimile: (214) 526-4145

**ATTORNEYS FOR INTERVENOR,
LAMAR ADVANTAGE HOLDING COMPANY, L.P.**

/s/   H. Gray Laird III
H. GRAY LAIRD III