SHAPING THE AUSTIN WE IMAGINE

# AUSTIN
# LAND
# DEVELOPMENT
# CODE

City Council Work Session
Code Draft Preview
Spring 2017



CODE NEXT
31-JAN-17

EXHIBIT J-15

COA0537

IN THIS PRESENTATION

## 1 PROCESS
how we got
to this point
**10 minutes**

## 2 PRIORITIES
to improve
quality of life
**10 minutes**

## 3 PREVIEW
understanding
the new code
**40 minutes**

CODENEXT
31-JAN-17

COA0538



COA0539

A VISION FOR AUSTIN'S FUTURE

PROCESS | 4



What sort of city do we want Austin to be?

2009

CODENEXT
31-JAN-17

COA0540

"*Austin has a true sense of place and culture. To be from Austin means something to people, conjuring images of Barton Springs, music, food, outdoor recreation...open-mindedness. It's a little grungy, a little hippie, and a little country all rolled into one.*"

**Imagine Austin Community Forum
Series #1 participant**



CODE NEXT

31-JAN-17

COA0541

IMAGINE AUSTIN COMPREHENSIVE PLAN



**2012**



**The imagine Austin Comprehensive Plan was adopted by Austin City Council in June 2012**

**Imagine Austin** lays out our citizens' vision for a complete community that responds to the pressures and opportunities of our growing modern city.

# Core Principles for Action

 **Grow as a compact, connected city**

 **Integrate nature into the city**

 **Provide paths to prosperity for all**

 **Develop as an affordable and healthy community**

 **Sustainably manage water, energy and other environmental resources**

 **Endorse innovation and creativity throughout the city**

CODE NEXT
31-JAN-17

COA0542

# UPDATING AUSTIN'S LAND DEVELOPMENT CODE



In 2013, the City engaged the help of both national and local experts to work with elected officials, staff, appointed representatives, and the community at large on how best to align our land use standards and regulations with the goals of Imagine Austin.

**Process To Date**

     

| 2013 – 2014 | 2014 | 2014 – 2015 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|
| **Listening to the Community** | **Code Diagnosis** | **Community Character Manual** | **Alternative Approaches to the Code** | **Code Prescriptions** | **Draft Code** |

*Past reports and documentation of the CodeNEXT process can be reviewed at* **austintexas.gov/codenext**

CODENEXT
31-JAN-17

COA0543

CODE DIAGNOSIS SUMMARY

PROCESS | 8

# Top 10 Issues

 **1** Ineffective Base Zoning Districts

 **2** Competing Layers of Regulations

 **3** Complicated "Opt-in, Opt-out" System

 **4** Lack of Household Affordability and Choice

 **5** Auto-Centric Code

 **6** Not Always In Line with Imagine Austin

 **7** Lack of Usability and Clarity

 **8** Ineffective Digital Code

 **9** Code Changes Adversely Affect Department Organization

 **10** Incomplete and Complicated Administration and Procedures

CODE NEXT
31-JAN-17

COA0544

# LIMITATIONS OF CONVENTIONAL ZONING

**The conventional, use-based approach to zoning has been shown to be ineffective for regulating diverse, urban, mixed-use environments.**

*These three parcels have "CS – Commercial Services" as their base zone.*



CS-V-CO-NP



CS-1-MU-CO-HD-NP



CS-1-V-NP







**CODE NEXT**

31-JAN-17

COA0545



LIMITATIONS OF CONVENTIONAL ZONING

PROCESS | 10

Over the years, supplemental layers of regulations have been added to address incompatibilities and issues of the day, resulting in complexity and reduced usability.

**Other SF-3 Combinations**

SF-3
SF-3-CO
SF-3-CO-H-NP
SF-3-CO-NCCD-NP
SF-3-H
SF-3-H-CO-NP
SF-3-H-HD-NCCD-NP
SF-3-H-HD-NP
SF-3-H-NCCD-NP
SF-3-H-NP
SF-3-HD
SF-3-HD-NCCD-NP
SF-3-HD-NP
SF-3-NCCD-NP
SF-3-NP

Base Zoning District

Conditional Overlay

Combining District

# SF-3 - CO - NP

*Family Residence*

*Limits Land Uses or Other Zoning District Standard*

*Neighborhood Plan Combing District*

CODENEXT
31-JAN-17

**COA0546**

# LIMITATIONS OF CONVENTIONAL ZONING

## Existing Base Zoning Districts

**RESIDENTIAL**

| | |
|---|---|
| LA | Lake Austin Residence District |
| RR | Rural Residence District |
| SF-1 | Single Family - Large Lot |
| SF-2 | Single Family - Regular Lot |
| SF-3 | Family Residence |
| SF-4A | Single Family - Small Lot |
| SF-4B | Single Family - Condominium |
| SF-5 | Urban Family Residence |
| SF-6 | Townhouse and Condominium |
| MF-1 | Multifamily - Limited Density |
| MF-2 | Multifamily - Low Density |
| MF-3 | Multifamily - Medium Density |
| MF-4 | Multifamily - Moderate Density |
| MF-5 | Multifamily - High Density |
| MF-6 | Multifamily - Highest Density |
| MH | Mobile Home Residence |

**COMMERCIAL**

| | |
|---|---|
| NO | Neighborhood Office |
| LO | Limited Office |
| GO | General Office |
| CR | Commercial Recreation |
| LR | Neighborhood Commercial |
| GR | Community Commercial |
| L | Lake Commercial |
| CBD | Central Business District |
| DMU | Downtown Mixed Use |
| W/LO | Warehouse/Limited Office |
| CS | Commercial Services |
| CS-1 | Commercial - Liquor Sales |
| CH | Commercial Highway |

**INDUSTRIAL**

| | |
|---|---|
| IP | Industrial Park |
| LI | Limited Industrial Service |
| MI | Major Industrial |
| R&D | Research and Development |

## Combining and Overlay Districts

- ☐ Central Urban Redevelopment (CURE)
- ☐ Conditional Overlay
- ☐ Historic Landmarks
- ☐ Historic Area
- ☐ Neighborhood Conservation
- ☐ Capitol Dominance
- ☐ Capitol View Corridor Overlay
- ☐ Congress Avenue
- ☐ East Sixth / Pecan Street
- ☐ Downtown Parks
- ☐ Downtown Creeks
- ☐ Convention Center
- ☐ Planned Development Area
- ☐ Criminal Justice Center Overlay
- ☐ Barton Springs Zoning District Overlay
- ☐ Waterfront Overlay
- ☐ University Neighborhood Overlay
- ☐ Neighborhood Plan
- ☐ Mixed Use
- ☐ Vertical Mixed Use

## Special Purpose Zoning Districts

| | |
|---|---|
| DR | Development Research |
| AV | Aviation Services |
| AG | Agricultural District |
| P | Public |
| PUD | Planned Unit Development |
| TN | Traditional Neighborhood |
| TOD | Transit Oriented Development |
| NBG | North Burnet/Gateway |
| ERC | East Riverside Corridor |

# 400+

## Combinations Found in the Existing Code

CODENEXT
31-JAN-17

COA0547

# CODE NEXT: PRIMARY OUTCOMES

**1** Increase effectiveness of zoning code by introducing form-based transect zones

**2** Update, simplify and roll forward existing use-based zones

**3** Improve organization of code and introduce graphics to demonstrate intent

CODE NEXT
31-JAN-17

COA0548



COA0549

CODE NEXT PRIORITIES

# Creating a framework to help improve quality of life.

 **MOBILITY**

 **COMMUNITY**

 **ENVIRONMENT**

 **HOUSING**

 **PERMITTING**

CODE NEXT
31-JAN-17

COA0550

## MOBILITY



# walkable+
# CONNECTED

" It creates a certain community pride where there are shops around you and it's affordable to live there... you can walk there."



**Eiler Rodriguez**
Barista and renter

CODE NEXT
31-JAN-17

COA0551

# MOBILITY



**Centers and Corridors**



**Urban Trail Connections**



**Walk to Shops and Services**

**Human-scale Street Design**



**Multi-modal Transportation**

austintexas.gov/codenext/**mobility**

CODENEXT
31-JAN-17

COA0552



**COMMUNITY**

PRIORITIES | 17

# vibrant+
# PROSPEROUS

" We create a lot of culture here, and there's a lot of innovation. If we squeeze people out, we'll lose that."



**Amanda Lewis**
Homeowner, Community Organizer

CODENEXT
31-JAN-17

COA0553

# COMMUNITY



**Strengthen Neighborhoods**



**Right-size Zoning**



**Anticipate Future Growth**

**Enable Small Enterprises**



**Diverse Places for People**

austintexas.gov/codenext/**community**

CODE NEXT
31-JAN-17

COA0554

# ENVIRONMENT



# natural+
# RESILIENT

" Trees clean our air and water, lower hot summer temperatures, and are our first line of defense against flooding. It's important to plant new trees and help them grow, and more important to protect the ones we have inherited."



**Thais Perkins**
Executive Director, TreeFolks

CODENEXT
31-JAN-17

COA0555

# ENVIRONMENT



**Water Stewardship**



**Urban Forest Preservation**



**Ecosystem Services**

**Flood Mitigation**



**Open Space and Parks**

austintexas.gov/codenext/**environment**

CODENEXT
31-JAN-17

COA0556

# HOUSING



# inclusive+
# AFFORDABLE

" People are really constricted in their housing choices—making a lot of sacrifices and barely getting by."



**Thomas Echolz**
Musician and renter

CODE✦NEXT
31-JAN-17

COA0557

# HOUSING



**More Diverse Housing Choice**



**Affordability Incentives**



**Connected Subdivisions**



**More Units By Right**

**Flexible Live/ Work Places**

austintexas.gov/codenext/**housing**

CODENEXT
31-JAN-17

COA0558

# PERMITTING

# streamlined+
# USER-FRIENDLY

" The code shouldn't stand in the way. It should be neutral, so that those who are engaged in the community, trying to inspire, be inspired, can excel at those things and allow it to happen."



**Scott Ginder**
Principal/Founder
Forge Craft Architecture + Design

CODENEXT
31-JAN-17

COA0559

# PERMITTING



**Clearer Zoning Districts**



**Fine-Tuned Uses in Zones**



**Site Planning Process**



**Simplified Permitting**



**Organized Graphic Code**

austintexas.gov/codenext/**permitting**

CODE∆NEXT

31-JAN-17

COA0560



COA0561

# anatomy
## of THE CODE

**How it's organized:**
Relocated under a different title number, an extensive reorganization of the Land Development Code elevates community priorities, consolidates procedures, and introduces a hybrid zoning code with new form-based standards.



## Title 23

 **Introduction**

 **Administration and Procedures**

 **General Planning Standards for All**

 **Zoning Code**

 **Subdivision**

 **Site Plan**

 **Building, Demolition and Relocation Permits and Special Requirements for Historic Structures**

 **Signage**

 **Transportation (Mobility)**

 **Infrastructure**

 **Technical Codes**



CODENEXT
31-JAN-17

**COA0562**

# anatomy
## of THE CODE




Introduction


Administration and Procedures


General Planning Standards for All


Zoning Code


Subdivision


Site Plan


Building, Demolition, and Relocation Permits; Special Requirement Permits For Historic Structures


Signage


Transportation


Infrastructure


Technical Codes

PRIMARY AUTHOR

Staff   Staff & Consultant   Consultant

CODENEXT
31-JAN-17

COA0563

PREVIEW | 28

# anatomy of THE CODE

## Work In-Progress

The CodeNEXT team is still hard at work refining and drafting additional code text standards.

- **Affordable Housing Incentives Program** April 2017

- **Functional Green (Ecological Services)** April 2017

- **Signage** April 2017

- **Street Design** Summer 2017

- **Transportation Demand Management (TDM)** Summer 2017

- **Traffic Impact Analysis (TIA)** March 2017



31-JAN-17

COA0564

# anatomy
## of THE CODE

## Affordable Housing Incentives Program

- **Unifies Fragmented Program**

- **Creates a Framework**

- **Ability to Adjust to Market Conditions**

Replaces the fragmented system of individualized static incentives programs with a unified framework organize standards and incentives. Program calibrates standards for different parts of the city and provides for updates as market conditions change. Anticipated release of draft regulations in April 2017.

CODENEXT
31-JAN-17

COA0565

PREVIEW | 30

# anatomy
## of THE CODE

## Functional Green

- **Integrate Nature into the City**

- **Provide Flexibility**

Standards will help integrate nature into the City on development with 80% or more impervious cover. Requirements are being prepared and will be located

in the Environmental Criteria Manual. Anticipated release of draft regulations in April 2017.



CODE NEXT
31-JAN-17

COA0566

# anatomy
# of THE CODE

## Signage

- **Clear Graphics**

- **Reorganized**

Conformance with Supreme Court's decision in Reed v. Town of Gilbert and several subsequent lower court decisions, the draft Sign Regulations prepared by the consultant team require further revisions.  Anticipated release date for these provisions is April 2017.



CODE NEXT

31-JAN-17

COA0567

PREVIEW | 32

# anatomy
## of THE CODE

## Street Design

- **Provide for Variety of Users**

- **Streets Adjust to Context within City**

Work is underway to implement the Complete Streets ordinance, providing the city with a toolkit of design elements to create streets designed for a variety of users. Anticipated release date for these provisions is Summer 2017.



CODE NEXT
31-JAN-17

COA0568



# Transportation Demand Management (TDM)

- **Provides design features, incentives, and tools to encourage residents, tenants, employees, and visitors to travel by sustainable transportation modes.**

Draft language is included in the Public Review Draft. For the creation of a TDM program. The regulations that will reside in Criteria Manual and the process for the administration of the program has yet to begin. Anticipated release Summer 2017.



31-JAN-17

COA0569

anatomy
of THE CODE

## Traffic Impact Analysis (TIA)

- **Formalize, Clarify, and Refine**

- **Improve Consistency and Predictability**

- **Provide Changes that will Bridge to Long-term Improvements**

Updated Traffic Impact Analysis to reflect best practices from across the country. Captures smaller-scale developments and rough proportionality, improves consistency and predictability and provides for long-term improvements. Anticipated release March 2017.

CODE NEXT
31-JAN-17

COA0570

Case 1:17-cv-00673-RP   Document 36-8   Filed 06/26/18   Page 35 of 105

# anatomy
## of THE CODE

### Work Outside of CodeNEXT

Some elements of the Land Development Process will be updated after the adoption of the new Land Development Code.

- **Technical Manuals**

- **Criteria Manuals**

CODE NEXT
31-JAN-17

COA0571

# anatomy
## of THE CODE

**Foundational Regulations Maintained and Strengthened**

Austin's foundational regulations on watershed, tree preservation, parkland dedication have been brought to the front of the code in a prominent location. Affordable Housing Incentives Program, when completed will join these regulations.

- **Save Our Springs (SOS)**

  **– pulled forward**

- **Watershed**

  **– pulled forward**

- **Urban Forest Protection and Replenishment**

  **– pulled forward**

- **Parkland Dedication**

  **– pulled forward**

CODE NEXT

31-JAN-17

COA0572

# anatomy
# of THE CODE

### Standards Pulled Forward with Clarification and New Organization

Portions of the code that were buried have been clarified and move to a new location in the new Land Development Code in an easier to use and better organized code.

- **Hill Country Roadways**

- **Historic Districts**

- **Administration and Procedures**

CODE NEXT

31-JAN-17

COA0573

# anatomy
## of THE CODE

### Integrated

These layers of design related standards have been integrated into the zoning districts and other standards, reducing the number of layers of regulations while maintaining intent.

- **Compatibility**

  **(Chapter 25-2 Subchapter C Article 10)**

- **Design Standards and Mixed Use (Commercial)**

  **(Chapter 25-2 Subchapter E)**

- **Residential Design and Compatibility Standards**

  **(Chapter 25-2 Subchapter F)**

- **Conditional Overlays**

  **(Conditional Overlay (CO) Combining District)**



31-JAN-17

COA0574



# anatomy
## of THE CODE

### Other Policy Documents Maintained

Through the process of creating the new Land Development Code. Existing localized policy documents have been maintained.

**COA0575**

# anatomy
## of THE CODE

**What it looks like:**
Strong headers and footers explain where you are inside the document. Graphics and illustrations visually explain regulations, and indenting, section breaks, and labeling add clarity.

*Before:*

*After:*







CODENEXT

31-JAN-17

COA0576

PREVIEW | 41

# anatomy
## of THE CODE

**What happened to Articles, Divisions, Subchapters and Subparts?**

**30+** **years of Amendments without a major reorganization has led to a fragmented and dysfunctional organization of content**

# 25-2-774

**Title    Chapter    Section**

Title
 ↳ Chapter
  ↳ Article
   ↳ {Division}
    ↳ Section

Title
 ↳ Chapter
  ↳ {Sub-chapter}
   ↳ Article
    ↳ {Division}
     ↳ Section

Title
 ↳ Chapter
  ↳ {Sub-chapter}
   ↳ Article
    ↳ {Division}
     ↳ {Subpart}
      ↳ Section



COA0577

PREVIEW | 42

# anatomy of THE CODE

**Each number and letter has significance, improving the usability and accessibility of the Land Development Code**

# 23-3C-3010

Title    Chapter/Article    Division/Section

**New** Land Development Code **has a unified organizational system that is consistent through out, providing clarity and usability.**

Title "23"
 ↳ Chapter "3"
  ↳ Article "C"
   ↳Division "3"
    ↳ Section "010"



CODENEXT
31-JAN-17

COA0578

PREVIEW | 43

# anatomy
## of THE CODE

# 23-3C-3010

**In this example:**
**Section 23-3C-3010 (Removal Prohibited)**
**is located in:**
**Title 23 (Land Development Code)**
**Chapter 3 (General Standards to All Planning)**
**Article C (Urban Forest Protection and Replenishment)**
**Division 3 (Heritage Trees)**



## Division 23-3C-3: Heritage Trees

### Contents

| | | |
|---|---|---|
| 23-3C-3010 | Removal Prohibited | 1 |
| 23-3C-3020 | Administrative Variance | 1 |
| 23-3C-3030 | Land Use Commission Variance | 2 |
| 23-3C-3040 | Appeal | 3 |
| 23-3C-3050 | Application for Variance | 3 |
| 23-3C-3060 | Variance Prerequisite | 3 |
| 23-3C-3070 | Action on Application | 4 |
| 23-3C-3080 | Variance Effective Date and Expiration | 4 |

### 23-3C-3010   Removal Prohibited

For an application that proposes the removal of a heritage tree, the applicant must file a request for a variance to remove the heritage tree under this Division before the application may be administratively approved or presented to the Land Use Commission.



CODE NEXT

31-JAN-17

**COA0579**

# anatomy
## of THE CODE

PREVIEW | 44

**Section Number**          **Division Name**

# Headers and
# Footers

**The organizational system extends to the individual pages, with headers and footers providing assistance in understanding where in the over all Land Development Code these standards reside.**



**Page Number**



CODENEXT

31-JAN-17

COA0580

# how the CODE WORKS

**A hybrid approach**
A hybrid zoning code brings together the operating systems of Form-Based zoning and conventional use-based zoning to address the unique qualities of the place types that make up our community.



COA0581

# how the CODE WORKS

Example:
**Reinforcing an existing Neighborhood Main Street**

New zoning tools intentionally craft and cultivate special places that enliven neighborhoods and strengthen their unique qualities and character.



**Affordable Housing**

**T4MS-O**

**T4N.SS-O**

**Urban Forest Protection and Replenishment**

**Transportation**

**T4N.IS/ HDR**

CODE NEXT
31-JAN-17

**COA0582**



# how the CODE WORKS

## Example:
## Creating a new Corridor Village

T4 and T5 transect zones focus redevelopment to sprout a walkable urban village that blends a broad range of inclusive uses.

Water Quality

Civic and Open Space Standards

T4N.IS / LMDR

T5U.SS

Affordable Housing

Transportation

T5MS

CODENEXT
31-JAN-17

COA0583

**The Natural-to-Urban Transect: Framework for Form-Based Code**

*This diagram illustrates a continuum of place types from the most natural to the most urban from left to right.*





**COA0584**

# transect zones
# AT-A-GLANCE

## T3

## T4

## T5

## T6

LESS URBAN ◄─────────────────────────────────────────────────► MORE URBAN



| | T3NE.WL | T3NE | T3N.DS | T3N.IS | T4N.IS* | T4N.SS* | T4MS* | T5N.SS* | T5U.SS* | T5U* | T5MS* | T6U | T6UC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Zone Name** | T3 Neighborhood Edge – Wide Lot | T3 Neighborhood Edge | T3 Neighborhood – Deep Setback | T3 Neighborhood – Intermediate Setback | T4 Neighborhood – Intermediate Setback | T4 Neighborhood – Shallow Setback | T4 Main Street | T5 Neighborhood – Shallow Setback | T5 Urban – Shallow Setback | T5 Urban | T5 Main Street | T6 Urban | T6 Urban Core |

### Building Height

| T3NE.WL | T3NE | T3N.DS | T3N.IS | T4N.IS* | T4N.SS* | T4MS* | T5N.SS* | T5U.SS* | T5U* | T5MS* | T6U | T6UC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Up to 2 Stories | Up to 2 Stories | Up to 2 Stories | Up to 2 Stories | Up to 2 Stories | Up to 2 Stories | Up to 3 Stories | Up to 3 Stories | Up to 6 Stories | Up to 6 Stories | Up to 6 Stories | Up to 16 Stories | Unlimited Stories |

### Building Types

**T3NE.WL**
- Wide House
- Long House
- Duplex: Side-by-side
- ADU

**T3NE**
- Wide House
- Duplex: Side-by-side
- ADU

**T3N.DS**
- Small House
- Wide House
- Duplex: Side-by-side
- Cottage Corner
- Cottage Court
- ADU

**T3N.IS**
- Cottage House
- Small House
- Wide House
- Duplex: Side-by-side
- Cottage Corner
- Cottage Court
- ADU

**T4N.IS***
- Cottage House
- Small House
- Wide House
- Duplex: Stacked
- Duplex: Side-by-side
- Multiplex: Medium
- Cottage Court
- ADU

**T4N.SS***
- Cottage House
- Small House
- Wide House
- Duplex: Stacked
- Duplex: Front-and-back
- Wide House
- Duplex: Side-by-side
- Multiplex: Medium
- Cottage Court
- ADU

**T4MS***
- Rowhouse: Medium
- Live/Work
- Main Street
- ADU

**T5N.SS***
- Multiplex: Medium
- Multiplex: Large
- Rowhouse: Medium
- ADU

**T5U.SS***
- Rowhouse: Large
- Courtyard Building
- Low-Rise
- Mid-Rise
- ADU

**T5U***
- Rowhouse: Large
- Courtyard Building
- Low-Rise
- Mid-Rise
- ADU

**T5MS***
- Main Street
- Live/Work
- Mid-Rise

**T6U**
- Main Street
- Mid-Rise
- High-Rise/Tower

**T6UC**
- Mid-Rise
- High-Rise/Tower

**\*** *Zone may be designated with "Open" sub-zone having the same building form regulations but allowing for a more diverse mix of uses.*

CODE NEXT
31-JAN-17

COA0585

# transect zones
# FORM DESCRIPTORS









**Neighborhood Edge**
House building forms with residential uses in a neighborhood setting.

**Neighborhood**
House building forms with a mix of residential uses and limited non-residential in accessory structures in a neighborhood setting.

**Main Street**
Buildings that form a street of near continuous building frontage adjacent to a neighborhood.

**Urban / Urban Core**
Buildings that form a street of near continuous building frontage in a mixed-use urban setting.

CODE NEXT
31-JAN-17

COA0586



COA0587

# transect zones
# AT-A-GLANCE

## T3

LESS URBAN ←

| T3NE.WL | T3NE | T3N.DS | T3N.IS |
|---|---|---|---|
| T3 Neighborhood Edge – Wide Lot | T3 Neighborhood Edge | T3 Neighborhood – Deep Setback | T3 Neighborhood – Intermediate Setback |
| **Building Height**<br>Up to 2 Stories | **Building Height**<br>Up to 2 Stories | **Building Height**<br>Up to 2 Stories | **Building Height**<br>Up to 2 Stories |
| **Building Types**<br>Wide House<br>Long House<br>Duplex: Side-by-side<br>ADU | **Building Types**<br>Wide House<br>Duplex: Side-by-side<br>ADU | **Building Types**<br>Small House<br>Wide House<br>Duplex: Side-by-side<br>Cottage Corner<br>Cottage Court<br>ADU | **Building Types**<br>Cottage House<br>Small House<br>Wide House<br>Duplex: Stacked<br>Cottage Corner<br>Cottage Court<br>ADU |

## T4



### T4 Zones

| T4N.IS* | T4N.SS* | T4MS* |
|---|---|---|
| T4 Neighborhood – Intermediate Setback | T4 Neighborhood – Shallow Setback | T4 Main Street |
| Building Height<br>Up to 2 Stories | Building Height<br>Up to 2 Stories | Building Height<br>Up to 3 Stories |
| Building Types<br>Cottage House<br>Small House<br>Duplex: Stacked<br>Wide House<br>Duplex: Side-by-side<br>Multiplex: Medium<br>Cottage Court<br>ADU | Building Types<br>Cottage House<br>Small House<br>Duplex: Stacked<br>Duplex: Front-and-back<br>Wide House<br>Duplex: Side-by-side<br>Multiplex: Medium<br>Cottage Court<br>ADU | Building Types<br>Rowhouse: Medium<br>Live/Work<br>Main Street<br>ADU |

*"Open" sub-zone

## T6

→ MORE URBAN

| T6U | T6UC |
|---|---|
| T6 Urban | T6 Urban Core |
| **Building Height**<br>Up to 16 Stories | **Building Height**<br>Unlimited Stories |
| **Building Types**<br>Main Street<br>Mid-Rise<br>High-Rise/Tower | **Building Types**<br>Mid-Rise<br>High-Rise/Tower |

CODE NEXT
31-JAN-17

COA0588

transe
AT-A-C

## T3

LESS URBAN





| T3 Neighborhood Edge – Wide Lot | T3 Neighborhood Edge |
|---|---|
| **T3NE.WL** | **T3NE** |
| Building Height Up to 2 Stories | Building Height Up to 2 Stories |
| Building Types Wide House Long House Duplex: Side-by-side ADU | Building Types Wide House Duplex: Side-by-side ADU |

## T6

MORE URBAN

| T5 Main Street | T6 Urban | T6 Urban Core |
|---|---|---|
| **T5MS*** | **T6U** | **T6UC** |
| Building Height Up to 6 Stories | Building Height Up to 16 Stories | Building Height Unlimited Stories |
| Building Types Main Street Live/Work Mid-Rise | Building Types Main Street Mid-Rise High-Rise/Tower | Building Types Mid-Rise High-Rise/Tower |

### T5 Zones



| T5 Neighborhood – Shallow Setback | T5 Urban – Shallow Setback | T5 Urban | T5 Main Street |
|---|---|---|---|
| **T5N.SS*** | **T5U.SS*** | **T5U*** | **T5MS*** |
| Building Height Up to 3 Stories | Building Height Up to 6 Stories | Building Height Up to 6 Stories | Building Height Up to 6 Stories |
| Building Types Multiplex: Medium Multiplex: Large Rowhouse: Medium ADU | Building Types Rowhouse: Large Courtyard Building Low-Rise Mid-Rise ADU | Building Types Rowhouse: Large Courtyard Building Low-Rise Mid-Rise ADU | Building Types Main Street Live/Work Mid-Rise |

* "Open" sub-zone

CODENEXT
31-JAN-17

COA0589



# transect zones
## STANDARDS

**Standards are intended to ensure that proposed development is compatible with existing and future development on neighboring properties, and produces a walkable urban environment of desirable character.**



Lot Size

Parking

Height

Building Type

Open Space

Impervious Cover

Building Placement (Setbacks)

Private Frontages

· Encroachments
· Signage
· Site Constraints
· Uses and Parking Requirements

CODE NEXT
31-JAN-17

COA0591

# building TYPES

## Small House Form

 Cottage House

 Small House

 Duplex: Front-and-back

Duplex: Stacked

## Medium House Form

 Wide House

 Long House

 Duplex: Side-by-Side

 Multiplex: Medium



**Missing Middle Housing**
A range of multi-unit or clustered housing types compatible in scale with single-family homes that help meet the growing demand for walkable urban living.



M C E H P
CODENEXT
31-JAN-17

COA0592

# BUILDING TYPES (CONTINUED)

## Large House Form

 Rowhouse: Medium

 Multiplex: Large

## Multiple House Form

 Cottage Court

 Cottage Corner

## Accessory Building Form

 Accessory Dwelling Unit (ADU)

## Block Form

 Live/Work

 Main Street

 Courtyard Building

 Rowhouse: Large

 Low-Rise

## Large Block Form

 Mid-Rise

 High-Rise/ Tower

CODENEXT
31-JAN-17

COA0593

TRANSECT ZONES

# T3NE.WL

## Neighborhood Edge – Wide Lot

*To provide housing choices which reinforce the walkable nature of the neighborhood and support neighborhood serving retail and service uses near this zone in combination with higher-intensity transect zones.*

Detached

Large Lot Widths

Medium House Form

Large Front Setbacks

Medium to Large Side Setbacks

Up to 2 Stories

Common Yard and Porch Frontages



CODENEXT
31-JAN-17

COA0594

TRANSECT ZONES

## T3NE.WL

# Neighborhood Edge – Wide Lot

*To provide housing choices which reinforce the walkable nature of the neighborhood and support neighborhood serving retail and service uses near this zone in combination with higher-intensity transect zones.*

Informed by Crestview, Rosedale, Allandale



CODE|NEXT
31-JAN-17

COA0595

TRANSECT ZONES

# T3N.IS

# Neighborhood – Intermediate Setback

*To provide a wide variety of housing choices which reinforce the walkable nature of the neighborhood, support neighborhood-serving retail and service uses adjacent to this zone, and support public transportation options.*

Detached or Semi-detached

Small to Medium Lot Widths

Small to Medium or Multiple House Forms

Intermediate Front Setbacks

Medium Side Setbacks

Up to 2 Stories

Stoop and Porch Frontages



CODE NEXT

31-JAN-17

COA0596

TRANSECT ZONES

# T3N.IS

## Neighborhood – Intermediate Setback

*To provide a wide variety of housing choices which reinforce the walkable nature of the neighborhood, support neighborhood-serving retail and service uses adjacent to this zone, and support public transportation options.*

Informed by East Austin, Chestnut, Foster Heights

CODE NEXT

31-JAN-17

COA0597

TRANSECT ZONES

# T4N.IS*

## Neighborhood – Intermediate Setback

*To provide a wide variety of housing choices which reinforce the walkable nature of the neighborhood, support neighborhood-serving retail and service uses adjacent to this zone, and support public transportation options.*

Detached or Semi-detached

Small to Medium Lot Widths

Small to Medium or Multiple House Forms

Intermediate Front Setbacks

Medium Side Setbacks

Up to 2 Stories

Common Yard, Stoop, and Porch Frontages



***\* Open sub-zone has the same building form regulations but allows for a more diverse mix of uses.***

CODE NEXT
31-JAN-17

COA0598

TRANSECT ZONES

# T4N.IS*

## Neighborhood – Intermediate Setback

*To provide a wide variety of housing choices which reinforce the walkable nature of the neighborhood, support neighborhood-serving retail and service uses adjacent to this zone, and support public transportation options.*

Informed by East Austin, Old West Austin, Hyde Park



\* *Open sub-zone has the same building form regulations but allows for a more diverse mix of uses.*

CODE NEXT
31-JAN-17

COA0599

TRANSECT ZONES

# T4MS*
## Main Street

PREVIEW | 64

*To provide a focal point for neighborhoods that accommodates neighborhood-serving retail, service, and residential uses in compact, walkable urban form.*

Attached or Semi-detached

Small to Medium Lot Widths

Block Form

Small to No Front Setbacks

Small to No Side Setbacks

Up to 3 Stories

Gallery, Shopfront, Terrace, Lightwell, and Dooryard Frontages



*\* Open sub-zone provides the same building form but allows for a more diverse mix of uses on the ground floor, including residential, thus enabling the retail and service area to mature over time.*

CODENEXT

31-JAN-17

COA0600

PREVIEW | 65

TRANSECT ZONES

# T4MS*
## **Main Street**

*To provide a focal point for neighborhoods that accommodates neighborhood-serving retail, service, and residential uses in compact, walkable urban form.*



Informed by South Congress, Hyde Park

*\* Open sub-zone provides the same building form but allows for a more diverse mix of uses on the ground floor, including residential, thus enabling the retail and service area to mature over time.*

CODENEXT

31-JAN-17

COA0601

# TRANSECT ZONES
# T5U*
# **Urban**

*To provide a wide variety of housing choices which reinforce the walkable nature of the neighborhood, support neighborhood-serving retail and service uses adjacent to this zone, and support public transportation options.*

**Attached or Semi-detached**

**Small to Large Lot Widths**

**Block to Large Block Form**

**Small to No Front Setbacks**

**Small to No Side Setbacks**

**Up to 6 Stories**

**Terrace, Stoop, Lightwell, and Dooryard Frontages (Shopfront Frontages in Open Sub-Zone only)**



*\* Open sub-zone provides the same building form but allows for a more diverse mix of uses on the ground floor, including service, commercial, and general retail uses.*

CODE NEXT
31-JAN-17

COA0602

TRANSECT ZONES

# T5U*

## **Urban**

*To provide a wide variety of housing choices which reinforce the walkable nature of the neighborhood, support neighborhood-serving retail and service uses adjacent to this zone, and support public transportation options.*



Informed by recent mixed-use projects.

\* *Open sub-zone provides the same building form but allows for a more diverse mix of uses on the ground floor, including service, commercial, and general retail uses.*

CODENEXT
31-JAN-17

COA0603

TRANSECT ZONES

# T6U
## Urban

*To provide a vibrant, compact, high-intensity walkable urban environment that provides urban housing choices as well as a wide range of regional-center appropriate uses such as employment, retail, services, entertainment, civic, and public uses. The form and intensity is such that it support public transportation alternatives with walking and biking as the primary means of getting around, and evolves over time.*

Attached

Small to Block Lot Widths

Block to Large Block Form

Small to No Front Setbacks

Small to No Side Setbacks

Up to 16 Stories

Gallery, Terrace, and Shopfront Frontages

Applicable only in
Imagine Austin Regional Centers



CODE NEXT
31-JAN-17

COA0604

TRANSECT ZONES

# T6U
## Urban

*To provide a vibrant, compact, high-intensity walkable urban environment that provides urban housing choices as well as a wide range of regional-center appropriate uses such as employment, retail, services, entertainment, civic, and public uses. The form and intensity is such that it support public transportation alternatives with walking and biking as the primary means of getting around, and evolves over time.*



Informed by Downtown

Applicable only in
Imagine Austin Regional Centers

CODE NEXT
31-JAN-17

COA0605

# transect zone
# COMPARISONS

## Building Height

Building height limits preserve community character and ensure smooth transitions between zones to protect neighborhoods and encourage walkability, while focusing high-density development in urban cores.



COA0606

# transect zone
# COMPARISONS

## Front Setback

Setbacks are defined as the mandatory clear distance between a lot line and a building. In addition to side and rear setbacks detailed in the code, front setbacks shape the character of a street, neighborhood or district.



COA0607

# non-transect ZONES

### Goal:
Update and roll forward existing Use-Based Zones (Title 25)

**42** ▶ **32**

*Base Zoning Districts (Title 25)*

*Non-Transect Zones (Title 23)*



CODE◆NEXT
31-JAN-17

COA0608

# non-transect ZONES

Approach:

Simplify the number of zones by combining zones with similar development standards and use regulations.

| Example | NO | LO | LR existing | NC Proposed |
|---|---|---|---|---|
| Intensity (FAR) | 0.35 | 0.70 | 0.5 | 0.5 |
| Lot Size (min) Area | 5,750 sf | 5,750 sf | 5,750 sf | 5,750 sf |
| Lot Size (min) Width | 50 ft | 50 ft | 50 ft | n/a |
| Impervious Coverage (max) | 60% | 70% | 80% | 60% |
| Building Coverage (max) | 35% | 50% | 50% | 40% |
| Setbacks (min) front | 25 | 25 | 25 | 20 |
| Setbacks (min) side street | 15 | 15 | 15 | 15 |
| Setbacks (min) side interior | 5 | 5 | - | 5 |
| Setbacks (min) back | 5 | 5 | - | 5 |
| Height (max) feet | 35 | 40 | 40 | 35 |

CODE NEXT
31-JAN-17

COA0609

PREVIEW | 74

# non-transect ZONES

Approach:
Provide better tools to regulate by creating new base zones.



**Intensity**  **Use Restrictions** = **New RC Zone**

of the CS District

of the GR District

CODE NEXT
31-JAN-17

COA0610

# non-transect ZONES

Approach:
Improve transparency by incorporating multiple layers of regulations into the base zone.



*Process Example:*

| Existing Zones | Overlay Zones | | New Zones |
|---|---|---|---|
| General Office (GO) | *n/a* | = | LC (LC) |
| General Office (GO) | *Mixed-Use* | = | LC-Open (LC-O) |

CODE NEXT
31-JAN-17

COA0611

PREVIEW | 76

# non-transect ZONES

**All information related to Non-Transect Zone purpose, description, allowed use, and development regulations in one Division**

Subchapter A, Article 2- Districts

Subchapter B, Article 2- District Specific Procedures

Subchapter C, Article 2- Use and Development Regulations

Subchapter C, Article 3- Additional Standards

Division 23-4D-4: Commercial Non-Transect Zones

CODENEXT
31-JAN-17

COA0612

# non-transect ZONES

**Non-transect zones are consolidated and refined, and will continue to be utilized primarily in suburban areas.**



| Low to Medium Intensity Residential | |
|---|---|
| Zone | Similar to |
| Rural Residential | RR |
| Very Low Density Residential | SF1 |
| Low Density Residential | SF2 |
| Low to Medium Density Residential | SF3, SF4B |
| Low to Medium Density Residential - Small Lot | SF4A |

| Medium to High Intensity Residential | |
|---|---|
| Zone | Similar to |
| Medium Density Residential | SF5, SF6 |
| Medium to High Density Residential | MF1, MF2 |
| High Density Residential | MF3, MF4 |
| Very High Density Residential | MF5, MF6 |
| Manufactured Home Park | MH |

| Restricted Commercial | |
|---|---|
| Zone | Similar to |
| Neighborhood Commercial  Sub-Zone **Limited, Open** | NO, LO, LR |
| Local Commercial  Sub-Zone **Limited, Open** | GO |

| Retail and Office Commercial | |
|---|---|
| General Commercial  Sub-Zone **Limited, Open** | GR |
| Regional Commercial | new |

| Mixed-Use Commercial | |
|---|---|
| Commercial Core | DMU |
| Downtown Core | CBD |

| Service and Highway Commercial | |
|---|---|
| Warehouse Commercial | W/LO |
| Service Commercial  Sub-Zone **Limited, Open** | CS, CS-1 |
| Highway Commercial | CH |

| Special Commercial | |
|---|---|
| Commercial Recreation | CR |

| Industrial Zones | |
|---|---|
| Zone | Similar to |
| Flex Industrial | LI |
| General Industrial | IP |
| Heavy Industrial | MI |
| R&D | R&D |

| Other Zones | |
|---|---|
| Zone | |
| Agricultural | |
| Aviation Services | |
| Development Reserve | |
| East Riverside Corridor | |
| North Burnet/Gateway | |
| Open Space | |
| Public | |
| Planned Unit Development | |

CODE NEXT

31-JAN-17

COA0613

# non-transect zones
# NAMING CONVENTIONS

## RESIDENTIAL

**Non-Transect zones have a two-part naming convention to identify intensity/character and base zone category.**

# LDR

**Non-Transect Zone Intensity**

Very Low (VLD)

Low (LD)

Low-Medium (LMD)

Medium (MD)

Medium-High (MHD)

High (HD)

Very High (VHD)

**Zone Category**

Residential (R)

CODE▪NEXT
31-JAN-17

COA0614

PREVIEW | 79

# non-transect zones
# NAMING CONVENTIONS

## COMMERCIAL

Non-Transect zones have a two-part naming convention to identify intensity/character and base zone category with an optional Sub-zone that allows additional uses.

# SC-O

**Zone Character**

Neighborhood (N)
Local (L)
General (G)
Regional (R)
Downtown (D)
Service (S)
Warehouse (W)
Highway (H)

**Zone Category**

Commercial (C)

**Sub-Zone**

Open (O) allows additional land uses

CODE NEXT
31-JAN-17

COA0615

# non-transect zones
# NAMING CONVENTIONS

## Industrial

**Non-Transect zones have a two-part naming convention to identify intensity/character and base zone category.**



**Non-Transect Zone Intensity**

Flex (F)

General (G)

Heavy (H)

**Zone Category**

Industrial (I)

CODE NEXT

31-JAN-17

**COA0616**

PREVIEW | 81

# land
# USES

## Goal:
## Improve and simplify land uses.

# 155+ ▶ 123±

*Existing Land Uses*        *New Land Uses/sub-uses*

CODE NEXT
31-JAN-17

COA0617

# land
# USES

Approach:
Simplify land use tables.

*After:*

| Table 23-4D-4040.A Commercial Zones Allowed Uses | | Restricted Commercial | | Retail and Office Commercial | | Mixed Use Commercial | |
|---|---|---|---|---|---|---|---|
| Use | Specific to use | NC | LC | GC | RC | LC | DC |
| **Residential** | | | | | | | |
| Accessory Dwelling Unit | | — | — | — | — | — | — |
| Bed and Breakfast | 23-4E-6080 | P | P | P | P | P | P |
| Cooperative Housing | | — | — | — | — | P | P |
| Group Residential | | — | — | — | — | P | P |
| Home Occupations | 23-4E-6180 | — | — | — | — | P | P |
| Live/Work | 23-4E-6190 | P | P | P | P | P | P |
| Manufactured Home Park | | — | — | — | — | — | — |
| Multi-Family | 23-4E-6240 | P¹ | P¹ | P¹ | — | P | P |

| Multi-Family | 23-4E-6240 | P[1] | P[1] | P[1] | — | P | P |

Accessory Dwelling Unit reference: 23-4E-6030

**Land Use**
Organized alphabetically by use category

**Reference**
To additional standards by use

**Permit Requirements**
Permit requirements by zone

*Before:*

| | LA | RR | SF-1 | SF-2 | SF-3 | SF-4A | SF-4B | SF-5 | SF-6 | MF-1 | MF-2 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TIAL USES | | | | | | | | | | | |
| Breakfast (up 1) | — | — | P | P | P | — | — | P | P | P | P |
| & Breakfast (up 2) | — | — | — | — | — | — | P | P | P | P | P |
| ominium nial | — | — | — | — | — | P | P | P | P | P | |
| on Single lential | — | P | | | | | | | | | |

CODENEXT
31-JAN-17

COA0618

PREVIEW | 83

# land
# USES

Approach:
Combine land uses
with similar definitions,
regulations, impact,
and/or operation.

**Existing Commercial Zones**

| Existing Land Use | NO | LO | LR | GO | GR | CH | DMU | CBD | CS | CS-1 | W/LO | CR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Business Support Services | – | – | -- | P | P | P | P | P | P | P | P | – |
| Financial Services | – | – | P | – | P | P | P | P | P | P | – | – |
| Consumer Convenience Services | – | – | P | – | P | P | P | P | P | P | – | C |
| Communications Services | – | P | – | P | P | P | P | P | P | P | P | – |

CODENEXT

31-JAN-17

COA0619

# land
# USES

## Approach:
Combine land uses with similar definitions, regulations, impact, and/or operation.

**Existing Commercial Zones**

| Existing Land Use | NO | LO | LR | GO | GR | CH | DMU | CBD | CS | CS-1 | W/LO | CR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Business Support Services | – | – | -- | P | P | P | P | P | P | P | P | – |
| Financial Services | – | – | P | – | P | P | P | P | P | P | – | – |
| Consumer Convenience Services | – | – | P | – | P | P | P | P | P | P | – | C |
| Communications Services | – | P | – | P | P | P | P | P | P | P | P | – |

CODE NEXT
31-JAN-17

COA0620

PREVIEW | 85

# land
# USES

## Approach:
Combine land uses with similar definitions, regulations, impact, and/or operation.

**Existing Commercial Zones**

| Existing Land Use | NO | LO | LR | GO | GR | CH | DMU | CBD | CS | CS-1 | W/LO | CR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Business and Professional Services | – | – | -- | P | P | P | P | P | P | P | P | – |
| | – | – | P | – | P | P | P | P | P | P | – | – |
| | – | – | P | – | P | P | P | P | P | P | – | C |
| | – | P | – | P | P | P | P | P | P | P | P | – |

CODE NEXT
31-JAN-17

COA0621

# land
# USES

## Approach:
Combine land uses with similar definitions, regulations, impact, and/or operation.

**Existing Commercial Zones**

| Existing Land Use | | NO | LO | LR | GO | GR | CH | DMU | CBD | CS | CS-1 | W/LO | CR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Business and Professional Services | – | | | | | P | P | P | P | P | P | – | |
| | | | | | | P | P | P | P | P | P | | |
| | | | | | | P | P | P | P | P | P | | |
| | | | | | | P | P | P | P | P | P | | |

CODE NEXT
31-JAN-17

COA0622

# land
# USES

Approach:
Combine land uses
with similar definitions,
regulations, impact,
and/or operation.

**Existing Commercial Zones**

| Existing Land Use | NO | LO | LR | GO | GR | CH | DMU | CBD | CS | CS-1 | W/LO | CR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Business and Professional Services | - | | | | P | | | | | | - | |

CODENEXT
31-JAN-17

COA0623

# land
# USES

Approach:
Provide better tools to regulate.

**Tailor Regulation by Impact and Zone**

| Use | Specific to use | Restricted Commercial | | Retail and Office Commercial | | Mixed Use Commercial | |
|---|---|---|---|---|---|---|---|
| | | NC | LT | GC | RC | CC | DC |
| General Retail: | | | | | | | |
| ≤5,000 sq ft | | P | P | P | P | P | P |
| >5,000 and ≤10,000 sq ft | | MUP | MUP | P | P | P | P |
| >10,000 and ≤100,000 sq ft | | — | — | P | P | P | P |
| >100,000 sq ft | | — | — | CUP | CUP | CUP | CUP |
| w/ Onsite Production | | — | CUP | P | P | P | P |
| w/ Outside Storage | 23-4E-6160 | — | — | CUP | CUP | — | — |

CODE NEXT
31-JAN-17

COA0624



COA0625

# Overlay ZONES

Approach:

Integrate where ever possible, Roll-Forward those that can not be Integrated.

## Integrate

*Build in regulations and restrictions into the base zones*

*E.g. Criminal Justice, Mixed-Use, Vertical Mixed-Use*

## Roll-Forward

*Carry forward and improve effective and/or legally required overlays*

*E.g. Barton Springs, Historic Area, Historic Landmark*



31-JAN-17

COA0626

# Overlay
# ZONES

**Standards for overlay zones are intended to ensure that proposed development is compatible with existing and future development within unique parts of the city that have a particular character or open space considerations.**

☐ Barton Springs

☐ Capitol View Corridor

☐ Downtown Civic Spaces

☐ Hill Country Roadway

☐ Historic Landmark

☐ Historic Area

☐ Lake Austin

☐ Neighborhood Plan

☐ Planned Development Area

☐ University Neighborhood Overlay

☐ Waterfront

CODE NEXT

31-JAN-17

COA0627

UPDATING AUSTIN'S LAND DEVELOPMENT CODE

# next steps

  

**Draft Code**

Public Review Draft
Released January 2017

**Mapping**

Est. April 2017

**Adoption Process**

September 2017 –
April 2018

CODE NEXT
31-JAN-17

# Outreach Toolkit

This toolkit has slide decks, scripts, and handouts. While these materials alone do not equip Austinites to become code experts, they provide a simple, consistent way for interested residents to share basic information about CodeNEXT and initiate a dialogue with their communities.



COA0629

# Survey Tool

The survey is focused on how the draft code implements the Imagine Austin Priority Programs and alleviates the 10 major issues identified in the Land Development Code Diagnosis.



**Online and Print**



**Mobile**

CODE NEXT
31-JAN-17

COA0630

FEEDBACK TOOLS

# Code Comment Tool

Using a tool (CiviComment) that has been implemented in code rewrites across the country, staff will receive comments on the actual code document from Austinites.



https://codenext.civicomment.org/

**CODENEXT**

31-JAN-17

COA0631

# Viewpoints & Community Issues Papers

In the interest of transparency, all group position papers and suggestions will be posted on the CodeNEXT document-hosting site.



Previous Group Position Papers can be found here:
http://www.austintexas.gov/department/issue-papers

CODE NEXT
31-JAN-17

COA0632

# Open Houses Across Austin

Dates

- February 18th

  Crocket High School (confirmed)

- February 25th

  Lanier High School (confirmed)

- March 4th

  LBJ High School (confirmed)

- March 25th

- April 8th



CODENEXT
31-JAN-17

COA0633

PUBLIC MEETING TOOLS

# CodeNEXT
# Topic Talks

Allow for a more focused
conversation on some of the major
points of interest in the new code,
and to answer the public's
questions, both general and
specific, on these topics.



COA0634

PUBLIC MEETING TOOLS

# CodeNEXT Topic Talks

Dates

- 5 Events

- Between Late February and Early May



COA0635



COA0636

AUSTIN'S OPPORTUNITY

OUTREACH |101

# Constructive Conversations

- The first of multiple drafts that will improve with each iteration
- Openness to change that provides improvement
- Progress is a choice



CODENEXT
31-JAN-17

COA0637

AUSTIN'S OPPORTUNITY

# Constructive Conversations

- Better tools to implement Imagine Austin and provide more predictable development outcomes

- Better Code, Better Planning



CODE◆NEXT
31-JAN-17

COA0638

SHAPING THE AUSTIN WE IMAGINE



COA0639

SHAPING THE AUSTIN WE IMAGINE

## Help us get it right.

We invite you to review and comment
on the draft code document, ask
questions, and stay connected.

**www.austintexas.gov/codenext**

**codenext@austintexas.gov**





COA0640



COA0641